IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

WILLIAM HENRY SINGLETON, III,       )
                                    )
        Plaintiff,                  )
                                    )
v.                                  )     CASE NO. 2:12-cv-071-MEF
                                    )
OFFICER EAST, *et al.,*             )
                                    )
        Defendants.                 )

**O R D E R**

On  May 24, 2012, the Magistrate Judge filed a Recommendation (Doc. #22) in this case to

which no timely objections have been filed.  Upon an independent review of the file in this case and

upon consideration of the Recommendation of the Magistrate Judge, it is the

ORDER, JUDGMENT and DECREE of the court that:

1.  The Recommendation of the Magistrate Judge is ADOPTED.

2.  The defendants' motion for summary judgment is GRANTED to the extent the defendants

seek dismissal of this case due to the plaintiff's failure to properly exhaust an administrative remedy

previously available to him at the Elmore County Jail.

3.  This case is dismissed with prejudice in accordance with the provisions of 42 U.S.C. §

1997e(a) for the plaintiff's failure to properly exhaust an administrative remedy provided to him

during his confinement in the Elmore County Jail as this remedy is no longer available to him with

respect to the claims presented in this cause of action.

DONE this the 3rd day of July, 2012.

_____
        /s/ Mark E. Fuller
UNITED STATES DISTRICT JUDGE